**Dismissed and Memorandum Opinion filed May 2, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00072-CV

### WILLIAM EDWARD WESTHOFF, Appellant

### V.

### PONT ALBA, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1196551**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 30, 2023. The clerk's record was filed February 15, 2023. No brief was filed.

On March 23, 2023, this court issued an order stating that unless appellant filed a brief on or before April 24, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Jewell and Spain.